UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**RICHARD DALLAS**                                                                                          **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 3:06cv486LS**

**AMERICAN FAMILY LIFE ASSURANCE COMPANY**
**OF COLUMBUS ("AFLAC"), BERAY THIGPEN**
**AND JOHN DOES # 1-5**                                                          **DEFENDANTS**

## ORDER

THIS CAUSE, having come before the Court on the motion of the Defendant, American Family Life Assurance Company of Columbus, for an Order staying the requirement of an answer or other responsive pleading by Defendant Beray Thigpen to Plaintiff's Complaint, pending ruling on Plaintiff's Motion to Remand, and being aware of the premises and advised that Plaintiff has no objection, the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Beray Thigpen shall not be required to answer or otherwise respond to Plaintiff's Complaint filed herein until this Court rules on Plaintiff's Motion to Remand. If the Motion to Remand is denied, Thigpen's Answer will be due within ten days of entry of the Order announcing the court's decision.

IT IS SO ORDERED, this the 27th day of September, 2006.

                                                                S/James C. Sumner
                                                      UNITED STATES MAGISTRATE JUDGE